# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America <br> v. <br> FRANCESCA DANIELE, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Case No. 15-1291 JKS |

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUN 17 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 12, 2014 and July 26, 2014__ in the county of __Charles__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Asher M. Shapiro Special Agent, HHS-OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/17/15

_____
*Judge's signature*

City and state: Greenbelt, MD

Jillyn K. Schulze, U.S. Magistrate
*Printed name and title*